UNITED STATES v. RHEIMS.

(Circuit Court, S. D. New York. May 4, 1894.)

No. 1,227.

CUSTOMS DUTIES—CLASSIFICATION—BRAIDS OF STRAW AND COTTON—"COMPOSED OF."

Braids composed in chief value, but not wholly, of straw, were "braids * * * composed of straw," within the meaning of Tariff Act Oct. 1, 1890, c. 1244, § 2, Free List, par. 518, 26 Stat. 604.

On Application for Review of a Decision of the Board of United States General Appraisers.

For opinion on affirmance in Circuit Court of Appeals, see 89 Fed. 1020, 33 C. C. A. 687.

The decision below reversed the assessment of duty by the collector of customs at the port of New York on an importation by L. Rheims. The case turned on the construction of the provision for "braids * * * composed of straw," in Tariff Act Oct. 1, 1890, c. 1244, § 2, Schedule N, Free List, par. 518, 26 Stat. 604. The board found that the goods in controversy consisted of braids of straw and cotton, straw constituting about three-fourths of the braids by value and over 71 per cent. in quantity, and held that they were therefore "composed of" straw.

Thomas Greenwood, Asst. U. S. Atty.

Curie, Smith & Mackie (W. Wickham Smith, of counsel), for importer.

154 F.—55

WHEELER, District Judge. The straw braid in question is composed principally, although not wholly, of straw, and in small part of cotton, and is suitable for ornamenting hats. It therefore seems to come within the description of a braid composed of straw suitable for that purpose.

Judgment of the Board of General Appraisers affirmed.